FILED 8-29-20

SEP 01 2020 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CASE NO. 20 CV 4564

Dear Clerk,

My name is Donzell Thomas # N51744 and I am currently incarcerated at Stateville Corr. Inst. I recieved a letter (order) from the court I have a few questions about: 1) The order says I filed four previous lawsuits in the state of Wisconsin that I failed to disclose?? I was incarcerated in the state of Wisconsin for 12yrs. from Jan 1990 until Jan. 2002. And I've never filed a lawsuit while in the state of Wis. And if thier is any case no# or paperwork that substantiate this can you please send that information so that I can look into this please. 2) The courts also says I owe for (2) prior lawsuits? The first suit case no# CV 17 5936 should be paid off, and case no# CV 18-4311 I only owe $19.17 (printout enclosed) if thier is something showing I owe more than the $19.17 and 350.00 for this lawsuit just filed can you please enlighten me. The paperwork enclosed is from the Trustfund office here at Stateville. Also the court says I must pay 60% of any income recieved? If the other fee's are paid do I still have to pay 60%? And the last request is can I please have an disposition pertaining to case

NO# 17cv5936 BECAUSE I HAVE NOT heard From THE lawyers in 1 ½ years.??

THANKING YOU FOR YOUR TIME.

Sincerly,

Donzell Thomas
Donzell Thomas #N51744
Stateville Corr. Inst.
P.O. Box 112
Joliet, IL 60434

| Date: | 8/12/2020 | | | Stateville Correctional Center | | | | Page 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Time: | 12:06pm | | | Trust Fund | | | | |
| d_list_furlough_restitution | | | | Furlough/Restitution Report | | | | |

B421

REPORT CRITERIA - Inmate: N51744;  New page for each inmate? : No;  Include Zero Balances? : Yes;  Furlough /
Restitution Type: All Types;  Report Type: Detail Line;  Sort Order: Inmate Number;  Status: All

| Inmate | | ID# | Vendor | | | Transaction Type | | Date | Amount | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| N51744 | Thomas, Donzell | | | | | | | | | |
| Housing Unit: STA-B -04-21 | | 8921 | 58 | Clerk US Dist Court Northern | | 73 Court Ordered Fees | | 08/13/2018 | 350.00 | 19.79 |
| | | | | | Detailed History: | 1 | Beginning Balance | 08/13/2018 | 350.00 | 350.00 |
| | | | | | | 6 | Lump Sum Payment | 08/13/2018 | 23.80 | 326.20 |
| | | | | | | 3 | Payment | 08/13/2018 | 2.00 | 324.20 |
| | | | | | | 6 | Lump Sum Payment | 09/04/2018 | 4.00 | 320.20 |
| | | | | | | 6 | Lump Sum Payment | 09/19/2018 | 6.00 | 314.20 |
| | | | | | | 3 | Payment | 09/24/2018 | .23 | 313.97 |
| | | | | | | 6 | Lump Sum Payment | 10/04/2018 | 4.00 | 309.97 |
| | | | | | | 6 | Lump Sum Payment | 10/16/2018 | 32.00 | 277.97 |
| | | | | | | 6 | Lump Sum Payment | 12/02/2018 | 5.00 | 272.97 |
| | | | | | | 6 | Lump Sum Payment | 12/12/2018 | 5.00 | 267.97 |
| | | | | | | 6 | Lump Sum Payment | 01/10/2019 | 4.00 | 263.97 |
| | | | | | | 3 | Payment | 01/14/2019 | .16 | 263.81 |
| | | | | | | 6 | Lump Sum Payment | 01/24/2019 | 10.00 | 253.81 |
| | | | | | | 6 | Lump Sum Payment | 02/07/2019 | 4.00 | 249.81 |
| | | | | | | 3 | Payment | 02/14/2019 | .19 | 249.62 |
| | | | | | | 6 | Lump Sum Payment | 03/02/2019 | 10.00 | 239.62 |
| | | | | | | 3 | Payment | 03/15/2019 | 2.74 | 236.88 |
| | | | | | | 6 | Lump Sum Payment | 04/01/2019 | 4.00 | 232.88 |
| | | | | | | 3 | Payment | 04/15/2019 | 5.82 | 227.06 |
| | | | | | | 6 | Lump Sum Payment | 05/02/2019 | 4.00 | 223.06 |
| | | | | | | 3 | Payment | 05/15/2019 | 4.42 | 218.64 |
| | | | | | | 6 | Lump Sum Payment | 07/02/2019 | 5.00 | 213.64 |
| | | | | | | 6 | Lump Sum Payment | 07/13/2019 | 4.00 | 209.64 |
| | | | | | | 6 | Lump Sum Payment | 08/04/2019 | 7.00 | 202.64 |
| | | | | | | 3 | Payment | 08/13/2019 | 2.00 | 200.64 |
| | | | | | | 6 | Lump Sum Payment | 08/19/2019 | 4.00 | 196.64 |
| | | | | | | 6 | Lump Sum Payment | 08/30/2019 | 4.00 | 192.64 |
| | | | | | | 6 | Lump Sum Payment | 09/13/2019 | 6.00 | 186.64 |
| | | | | | | 6 | Lump Sum Payment | 10/24/2019 | 10.00 | 176.64 |
| | | | | | | 6 | Lump Sum Payment | 11/01/2019 | 5.00 | 171.64 |
| | | | | | | 6 | Lump Sum Payment | 11/23/2019 | 10.00 | 161.64 |
| | | | | | | 6 | Lump Sum Payment | 12/01/2019 | 4.00 | 157.64 |
| | | | | | | 6 | Lump Sum Payment | 12/17/2019 | 6.00 | 151.64 |
| | | | | | | 6 | Lump Sum Payment | 01/22/2020 | 6.00 | 145.64 |
| | | | | | | 6 | Lump Sum Payment | 02/11/2020 | 4.00 | 141.64 |
| | | | | | | 3 | Payment | 02/14/2020 | .05 | 141.59 |
| | | | | | | 6 | Lump Sum Payment | 02/28/2020 | 30.00 | 111.59 |
| | | | | | | 6 | Lump Sum Payment | 03/13/2020 | .83 | 110.76 |
| | | | | | | 6 | Lump Sum Payment | 03/18/2020 | 4.00 | 106.76 |
| | | | | | | 6 | Lump Sum Payment | 04/09/2020 | 6.00 | 100.76 |
| | | | | | | 3 | Payment | 04/14/2020 | 1.97 | 98.79 |
| | | | | | | 6 | Lump Sum Payment | 04/17/2020 | 20.00 | 78.79 |
| | | | | | | 6 | Lump Sum Payment | 04/30/2020 | 5.00 | 73.79 |
| | | | | | | 6 | Lump Sum Payment | 05/06/2020 | 5.00 | 68.79 |
| | | | | | | 3 | Payment | 05/15/2020 | 2.00 | 66.79 |
| | | | | | | 6 | Lump Sum Payment | 05/30/2020 | 5.00 | 61.79 |
| | | | | | | 3 | Payment | 06/11/2020 | 2.00 | 59.79 |
| | | | | | | 6 | Lump Sum Payment | 07/02/2020 | 5.00 | 54.79 |
| | | | | | | 6 | Lump Sum Payment | 07/26/2020 | 30.00 | 24.79 |

Date: 8/12/2020      **Stateville Correctional Center**      Page 2
Time: 12:06pm      **Trust Fund**
d_list_furlough_restitution      Furlough/Restitution Report

REPORT CRITERIA - Inmate: N51744;    New page for each inmate ? : No;    Include Zero Balances ? : Yes;    Furlough / Restitution Type: All Types;    Report Type: Detail Line;    Sort Order: Inmate Number;    Status: All

| Inmate | ID# | Vendor | Transaction Type | Date | Amount | Balance |
|---|---|---|---|---|---|---|
| N51744  Thomas, Donzell | | | | | | |
| Housing Unit: STA-B -04-21 | 8921 | 58  Clerk US Dist Court Northern | 73 Court Ordered Fees | 08/13/2018 | 350.00 | 19.79 |
| | | Detailed History: | 6  Lump Sum Payment | 08/01/2020 | 5.00 | 19.79 |
| | | Payment Instructions: 20.00 % with 10.00 minimum balance. | Case #18 CV 4311 | | | |

Total Court Ordered Fees     19.79

Total All     19.79

MR. Donzell THOMAS
#N51744
STATEVILLE CORR. INST.
P.O. BOX 112
JOLIET, IL 60434

2020 SEP -1 PM 12:46

09/01/2020-13

Legal Mail
60604-180099

IL 604
28 AUG '20
PM 6 L

IDOC
LEGAL
MAIL

U.S. POSTAGE  PITNEY BOWES
ZIP 60434  $ 000.50⁰
02 4W
0000371311 AUG 28 2020

C/O CLERK THOMAS G. BRUTON
OFFICE OF:
Clerk of THE US DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN ST
CHICAGO, IL 60604