UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DONZELL THOMAS (#N-51744)** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-04564 |
| | ) | Presiding Judge Elaine E. Bucklo |
| **SAMUEL CHMELL, M.D., et al.** | ) | Magistrate Judge Young B. Kim |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO RELIEVE COUNSEL FROM
APPOINTMENT AS PRO BONO COUNSEL**

Ross B. Bricker, Court-appointed counsel for Plaintiff Donzell Thomas respectfully moves this Court, pursuant to Local Rule 83.38(a)(1), for entry of an Order relieving him from his appointment to represent Mr. Thomas because of a conflict of interest. In further support of this motion, Mr. Bricker states:

1. The undersigned counsel is a member of the trial bar of this Court, a litigation Partner at Jenner & Block LLP, and Chair of the Firm's Complex Commercial Litigation Practice Group.

2. By order dated August 6, 2020 (Dkt. #6), the Court appointed the undersigned to serve as pro bono counsel for Plaintiff Donzell Thomas, in a pro se action Mr. Thomas had commenced against defendants University of Illinois Hospital and certain of the hospital's staff physicians.

3. After receiving the Court's appointment Order, counsel caused Jenner & Block to perform a conflicts check to see whether Jenner & Block would have a conflict of interest in representing Mr. Thomas in this matter. The conflict check revealed that my firm, Jenner & Block, represents one of the defendants. As a result, governing rules of professional

responsibility preclude me from representing Mr. Thomas absent informed consent from Mr. Thomas and from our other client. We reported this conflict to our existing client and to Mr. Thomas. Our client has advised us that it is unwilling to waive the existing conflict, and Mr. Thomas has not yet directly responded to our request for his written consent. Under these circumstances, I am unable to represent Mr. Thomas in this matter under governing rules of professional responsibility.

4. Counsel is mindful of his obligation both to this Court and the profession to represent on a pro bono basis those individuals who otherwise lack the means or ability to obtain competent attorney representation. Counsel looks forward, however, to another assignment from this Court.

WHEREFORE, counsel respectfully requests entry of an Order relieving me from this Court's order appointing me to serve as counsel for Plaintiff, Donzell Thomas.

Respectfully submitted,

By: /s/ Ross B. Bricker
Jenner & Block LLP
353 N Clark Street
Chicago, Illinois 60654
Email: rbricker@jenner.com
Phone: (312) 222-9350

**CERTIFICATE OF SERVICE**

I, Ross B. Bricker, hereby certify that on this 12th day of October, 2020, I served the foregoing upon all parties of record via United States Postal Service.

Donzell Thomas (#N-51744)
Stateville – STV
Inmate Mail