UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DONZELL THOMAS (#N-51744)** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-04564 |
| | ) | Presiding Judge Elaine E. Bucklo |
| **SAMUEL CHMELL, M.D., et al.** | ) | Magistrate Judge Young B. Kim |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

TO:    Donzell Thomas (#N-51744)
Stateville – STV
Inmate Mail
P.O. Box 112
Joliet, IL  60434

PLEASE TAKE NOTICE that on Thursday, October 15th, at 9:45 AM or as soon thereafter as counsel may be heard and present the attached **Motion To Relieve Counsel as Pro Bono Appointment Counsel**, a copy of which is attached hereto and hereby served upon you.  Please note the Court will Rule by written order on or before the date of the presentment, and that appearances in court will not be required.

Respectfully submitted,

By:   /s/ Ross B. Bricker
        Jenner & Block LLP
        JENNER & BLOCK LLP (#05003)
        353 N. Clark Street
        Chicago, IL 60654-3456
        Telephone:  312 222-9350
        Facsimile:     312 527-0484

Dated:  October 12, 2020